AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| Kathy Hanfland <br><br> *Plaintiff(s)* <br> v. <br> Financial Credit Service, Inc. D/B/A Asset Recovery Associates <br><br> *Defendant(s)* | Civil Action No. **16 CV 6329 FPG** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Financial Credit Service, Inc. D/B/A Asset Recovery Associates
> 1919 S. Highland Ave., Suite 225A
> Lombard, Illinois 60148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Frank J. Borgese, Esq.
> Graham & Borgese, LLP
> 336 Harris Hill Rd., First Floor
> Williamsville, NY 14221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 25 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Financial Credit Service, Inc.__
was received by me on *(date)* __DBA Asset Recovery Associates__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jeff Walling (General Manager)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Financial Credit Service, Inc., D/B/A Asset Recovery Associates__ on *(date)* __7-7-16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7-7-16__

_____
Server's signature

__John Grena__
Printed name and title

OFFICIAL SEAL
MARK GRENA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/19/16

__1425 Buena Vista Dr. Wheaton IL. 60189__
Server's address

Additional information regarding attempted service, etc: