UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY HANFLAND,<br><br>                              Plaintiff,<br>-vs-<br><br>FINANCIAL CREDIT SERVICE, INC.<br>D/B/A ASSET RECOVERY<br>ASSOCIATES,<br><br>                              Defendant. | Civil Action No. 6:16-cv-06329-FPG |

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kathy Hanfland hereby voluntarily dismisses the present action against Defendant Financial Credit Service, Inc., D/B/A Asset Recover Associates, with prejudice.

Date: November 2, 2016

/s/Frank J. Borgese
**Frank J. Borgese, Esq.**
Graham & Borgese, LLP
*Attorneys for the Plaintiff*
336 Harris Hill Rd., First Floor
Williamsville, NY 14221
frank@gbdebthelp.com
716.200.1520

SO ORDERED THIS 3rd DAY OF Nov 20 16

HON. FRANK P. GERACI JR.
Chief U.S. District Judge